```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )           4:08CR3022
                                )
      V.                        )
                                )
ZACHARY NOBLE,                  )           ORDER
                                )
              Defendants.       )
                                )
```

IT IS ORDERED:

1. The government's unopposed oral motion to continue the plea hearing is granted. The change of plea hearing is continued from July 28, 2008 to August 5, 2008 at 1:30 p.m.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 17th day of July, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge