IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3022 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| ZACHARY NOBLE, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

I accepted the defendant's plea and plea agreement today. I need a short revised presentence report and a new sentencing recommendation. Therefore,

IT IS ORDERED that:

(1) Sentencing is scheduled for Tuesday, March 17, 2009, at 12:30 p.m. The parties waived the normal sentencing schedule.

(2) The probation officer is advised that I have accepted the plea agreement which calls for a sentence of 30 years under the provisions of Rule 11(c)(1)(C) to run concurrently with the state sentence.

(3) The probation officer shall prepare and submit to me and to counsel of record an updated presentence report and a sentencing recommendation no later than March 10, 2009.

DATED this 11th day of February, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge